October 28, 1971

Amoroso *v.* Amoroso, Appellant.

 Argued September 17, 1971. *David H. Kubert,* for appellant; *Martin A. Ostrow,* for appellee.

Judgment affirmed.

Auto Acceptance, Inc. *v.* Central Park Convalescent and Nursing Residence, Inc., Appellant.

Argued September 15, 1971. *Edward N. Cahn,* for appellant; *David G. Welty,* with him *Ellwood D. Shimer,* for appellee.

Order affirmed.